[No. 5489-1. Division One. June 5, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM BURNETTE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9417, Byron L. Swedberg, J., entered March 10, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5510-1. Division One. June 5, 1978.]

THE STATE OF WASHINGTON, *Appellant,* v. LOWELL SUNDSTROM, *Respondent.*

Appeal from a judgment of the Superior Court for San Juan County, No. CR-1085, Richard B. Johnson, J. Pro Tem., entered May 9, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Ringold, J.

[No. 5572-1. Division One. June 5, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY A. STORSETH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8343, Dennis J. Britt, J., entered April 11, 1977. *Dismissed* by unpublished opinion per Dore, J., concurred in by Farris, C.J., and Williams, J.